IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LUTHER H. STEWART,**

    **Plaintiff,**

  vs.                                  Civil Action 2:11-CV-275
                                              Judge Frost
                                              Magistrate Judge King

**MELVIN D. LEPLEY,**

    **Defendant.**

## ORDER

    On March 31, 2011, the United States Magistrate Judge recommended that this action be dismissed for lack of subject matter jurisdiction. *Order and Report and Recommendation*, Doc. No. 2. Although plaintiff was advised of his right to object to that recommendation, and of the consequences of his failure to do so, *id*., there has been no objection.

    The recommendation of the Magistrate Judge is therefore **ADOPTED and AFFIRMED.** This action is hereby **DISMISSED** for lack of subject matter jurisdiction.

    The Clerk shall enter **FINAL JUDGMENT**.

                                                          /s/ Gregory L. Frost
                                                             Gregory L. Frost
                                                      United States District Judge